# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHNNIE MICKELL,** | : | |
| **Plaintiff** | : | **CIVIL ACTION NO. 3:13-1429** |
| **v.** | : | **(JUDGE MANNION)** |
| **BRIAN M. ROCK, Probation Office,** | : | |
| **GENE RICCARDO, District Attorney's Office, JUDGE** | : | |
| **MARGARET BISIGNANI MOYLE, and LACKAWANNA COUNTY,** | : | |
| **Defendants** | : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the report of Judge Schwab, **(Doc. 19)**, is **ADOPTED IN ITS ENTIRETY**;

**(2)** the plaintiff's action, **(Doc. 1)**, is **DISMISSED** for his failure to prosecute; and

**(3)** the Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: June 16, 2015**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-1429-01-ORDER.wpd